```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

RAUL REYES,                       :
                                  :     Civil Action No. 06-3819 (NLH)
            Petitioner,           :
                                  :
        v.                        :     **ORDER**
                                  :
CHARLES SAMUEL,                   :
                                  :
            Respondent.           :

   For the reasons expressed in the Court's Opinion filed herewith,

   It is on this 25th day of January, 2008,

   ORDERED that petitioner's motion to reopen the time to appeal is DENIED; and it is further

   ORDERED that the Clerk of the Court shall serve a copy of this Order and accompanying Opinion upon the petitioner by regular mail at his current address at the Moshannon Valley Correctional Center, 555 I Cornell Drive, Phillipsburg, PA 19866, and the Clerk shall note this address change on the docket accordingly; and it is finally

   ORDERED that the Clerk of the Court shall serve a copy of this Order and accompanying Opinion upon respondent.

                                  s/Noel L. Hillman
                                  NOEL L. HILLMAN
                                  United States District Judge

At Camden, New Jersey